IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. CR411-165 |
| ) | |
| OKEMI MONELL LAWTON, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 22), to which objections have been filed (Doc. 24). After a careful de novo review of the record, the Court finds Defendant's objections to be without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case, and Defendant's Motion to Suppress (Doc. 13) is **DENIED**.

SO ORDERED this 12th day of October 2011.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA