IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CASE NO. CR411-165 |
| ) | |
| OKEMI MONELL LAWTON, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

Before the Court is the Government's Motion to Withdraw its Motion in Limine. (Doc. 81.) The Government seeks to withdraw its motion in limine (Doc. 80), as it was erroneously filed in this case. After careful consideration, the Government's motion to withdraw (Doc. 81) is **GRANTED**. Accordingly, the Government's motion in limine (Doc. 80) is **DISMISSED**.

SO ORDERED this 16th day of March 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA